UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 20-cr-20374

v.                                             Hon. Mark A. Goldsmith

MILES SINGLETON-WASHINGTON,

    Defendant.

_____/

## STIPULATION SEEKING CONTINUANCE

The parties seek an adjournment of the sentencing hearing from September 20, 2022 at 11:00 a.m. to October 27, 2022 at 9:00 a.m. The reason for the adjournment is that the defense needs additional time to prepare for sentencing. Accordingly, the parties seek an adjournment of the sentencing hearing from September 20, 2022 at 11:00 a.m. until October 27, 2022 at 9:00 a.m.

**IT IS SO STIPULATED.**

| *s/Diane N. Princ* | *s/Ray E. Richards, II* (with consent) |
|---|---|
| Diane N. Princ | Ray E. Richards, II |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 200 Big Beaver Road |
| Detroit, MI 48226 | Troy, MI 48083 |
| Diane.Princ@usdoj.gov | Rayrichardsesq@gmail.com |
| (313) 226-9524 | (313) 694-8400 |

Dated: September 13, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　　　　Case No. 20-cr-20374

v.　　　　　　　　　　　　　　　　　　　　　Hon. Mark A. Goldsmith

MILES SINGLETON-WASHINGTON,

    Defendant.
_____/

## ORDER CONTINUING THE SENTENCING HEARING

The Court has considered the parties' stipulation and joint motion for a continuance of the sentencing hearing from September 20, 2022 until October 27, 2022 at 9:00 a.m.  For the reasons described in the parties' submission:

**IT IS HEREBY ORDERED** that the sentencing hearing is adjourned from September 20, 2022 until October 27, 2022 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  September 13, 2022　　　　　　　s/Mark A. Goldsmith
   Detroit, Michigan　　　　　　　　　　　MARK A. GOLDSMITH
                                                 United States District Judge