UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 20-cr-20374

v.                                                        Hon. Mark A. Goldsmith

MILES SINGLETON-WASHINGTON,

    Defendant.
_____/

## STIPULATION SEEKING CONTINUANCE

The parties seek an adjournment of the sentencing hearing from October 27, 2022 at 9:00 a.m. to January 19, 2023 at 2:00 p.m. The reason for the adjournment is that the defense has scheduling conflicts and needs additional time to prepare for sentencing.  Accordingly, the parties seek an adjournment of the sentencing hearing from October 27, 2022 at 9:00 a.m. until January 19, 2023 at 2:00 p.m.

**IT IS SO STIPULATED.**

| *s/Diane N. Princ* | *s/Ray E. Richards, II* (with consent) |
|---|---|
| Diane N. Princ | Ray E. Richards, II |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 200 Big Beaver Road |
| Detroit, MI 48226 | Troy, MI 48083 |
| Diane.Princ@usdoj.gov | Rayrichardsesq@gmail.com |
| (313) 226-9524 | (313) 694-8400 |

Dated: October 26, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 20-cr-20374

v.                                                 Hon. Mark A. Goldsmith

MILES SINGLETON-WASHINGTON,

    Defendant.
_____/

## ORDER CONTINUING THE SENTENCING HEARING

The Court has considered the parties' stipulation and joint motion for a continuance of the sentencing hearing from October 27, 2022 at 9:00 a.m. until January 19, 2023 at 2:00 p.m. For the reasons described in the parties' submission:

**IT IS HEREBY ORDERED** that the sentencing hearing is adjourned from October 27, 2022 at 9:00 a.m. until January 19, 2023 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: October 27, 2022                    s/Mark A. Goldsmith
   Detroit, Michigan                     MARK A. GOLDSMITH
                                           United States District Judge