UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                           Case No. 20-cr-20374

v.                                                       Hon. Mark A. Goldsmith

MILES SINGLETON-WASHINGTON,

       Defendant.
_____/

## STIPULATION SEEKING CONTINUANCE

The parties seek an adjournment of the sentencing hearing from January 19, 2023 to March 14, 2023 at 2:00 p.m. The reason for the adjournment is that substitute defense counsel will be moving to appear and take over the case, and that new defense counsel will need additional time to prepare for sentencing. Accordingly, the parties seek an adjournment of the sentencing hearing from January 19, 2023 until March 14, 2023 at 2:00 p.m.

    **IT IS SO STIPULATED.**

| *s/Diane N. Princ* | *s/Ray E. Richards, II* (with consent) |
|---|---|
| Diane N. Princ | Ray E. Richards, II |
| Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 200 Big Beaver Road |
| Detroit, MI 48226 | Troy, MI 48083 |
| Diane.Princ@usdoj.gov | Rayrichardsesq@gmail.com |
| (313) 226-9524 | (313) 694-8400 |

Dated: January 19, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 20-cr-20374

v.                                             Hon. Mark A. Goldsmith

MILES SINGLETON-WASHINGTON,

    Defendant.
_____/

## ORDER CONTINUING THE SENTENCING HEARING

The Court has considered the parties' stipulation and joint motion for a continuance of the sentencing hearing from January 19, 2023 until March 14, 2023 at 2:00 p.m. For the reasons described in the parties' submission:

**IT IS HEREBY ORDERED** that the sentencing hearing is adjourned from January 19, 2023 until March 14, 2023 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: January 19, 2023                      s/Mark A. Goldsmith
      Detroit, Michigan                    MARK A. GOLDSMITH
                                                United States District Judge