UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                Case No. 2:20−cr−20374−MAG−EAS
                                                Hon. Mark A. Goldsmith

Miles Singleton−Washington,

                    Defendant(s),

## NOTICE TO APPEAR

    The following defendant(s) are hereby notified to appear:  Miles Singleton−Washington

    The defendant(s) shall appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 815, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  May 2, 2023 at 09:00 AM

    **ADDITIONAL INFORMATION:**    Defendant's Sentencing Memo must be filed by 4/25/2023

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/K Sandusky
                                                            Case Manager

Dated:   March 31, 2023